U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/21

February 2, 2021

By CM/ECF

Honorable Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

    Re:    *Astrid Puentes v. Saul*, 1:20-cv-03052-AT-BCM

Dear Judge Moses:

This Office represents Andrew Saul, the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner to deny plaintiff's application for benefits. Pursuant to the Court's Order dated April 17, 2020 (CM/ECF No. 7), the parties are to file a joint letter by February 5, 2021. The undersigned respectfully requests a 30-day extension of this deadline to March 4, 2021, to file the joint letter.

This is the Commissioner's first request for an extension of this deadline. The extension is necessary because the undersigned is currently experiencing a very heavy workload and more time is needed for the undersigned to consider the merits of the case. The undersigned conferred with Plaintiff's counsel regarding this application, and counsel advised that he consents.

Thank you for Your Honor's consideration.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   *Johanny Santana*
      Johanny Santana
      Special Assistant United States Attorney
      c/o Social Security Administration
      Office of General Counsel
      26 Federal Plaza, Room 3904
      New York, NY 10278
      Tel.: (212) 264-4401
      Fax: (212) 264-6372
      Johanny.Santana@ssa.gov

cc: Christopher James Bowes, Esq.

---

Application GRANTED. The parties shall file a stipulation or joint letter, pursuant to ¶ 4 of the Court's Order dated April 17, 2020 (Dkt. No. 7), no later than **March 4, 2021**. SO ORDERED.

*[signature]*
Barbara Moses, U.S.M.J.
February 3, 2021